# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### ROCKFORD DIVISION

In re: LAMB, THEDFORD LEROY  § Case No. 13-82014
      LAMB, SHEA ELIZABETH  §
                                               §
Debtor(s)  §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on May 31, 2013. The undersigned trustee was appointed on June 03, 2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $            15,000.00

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 2,945.69 |
| Administrative expenses | 3,382.35 |
| Bank service fees | 49.76 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]  $ | 8,622.20 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 11/07/2013 and the deadline for filing governmental claims was 11/27/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,250.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,250.00, for a total compensation of $2,250.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $82.86, for total expenses of $82.86.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/09/2014         By: /s/MEGAN G. HEEG
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 13-82014
Case Name: LAMB, THEDFORD LEROY
              LAMB, SHEA ELIZABETH
Period Ending: 07/09/14

Trustee:    (330490)    MEGAN G. HEEG
Filed (f) or Converted (c):  05/31/13 (f)
§341(a) Meeting Date:  07/12/13
Claims Bar Date:  11/07/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 209 W 13th Street Rock Falls, IL 61071<br>   Orig. Description: 209 W 13th Street Rock Falls, IL 61071 | 21,700.00 | 8,671.96 | | 15,000.00 | FA |
| 2 | Holiday Inn Clubs Timeshare, -Debtors pay for po<br>   Orig. Description: Holiday Inn Clubs Timeshare, -Debtors pay for points at their locations of, Orange Lake, FL and Lake Geneva, WI | 10,000.00 | 0.00 | | 0.00 | FA |
| 3 | Checking account with Community State Bank<br>   Orig. Description: Checking account with Community State Bank | 2,000.00 | 0.00 | | 0.00 | FA |
| 4 | Miscellaneous household goods & furnishings<br>   Orig. Description: Miscellaneous household goods & furnishings | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | Clothing<br>   Orig. Description: Clothing | 200.00 | 0.00 | | 0.00 | FA |
| 6 | Miscellaneous Jewelry/Wedding Ring<br>   Orig. Description: Miscellaneous Jewelry/Wedding Ring | 750.00 | 0.00 | | 0.00 | FA |
| 7 | Sporting Equipment<br>   Orig. Description: Sporting Equipment | 600.00 | 0.00 | | 0.00 | FA |
| 8 | TRS Vested Pension<br>   Orig. Description: TRS Vested Pension | Unknown | 0.00 | | 0.00 | FA |
| 9 | IPERS Vested Pension<br>   Orig. Description: IPERS Vested Pension | Unknown | 0.00 | | 0.00 | FA |
| 10 | 401k with Halo<br>   Orig. Description: 401k with Halo | 10,000.00 | 0.00 | | 0.00 | FA |
| 11 | 401k at TriState Co<br>   Orig. Description: 401k at TriState Co | 4,300.00 | 0.00 | | 0.00 | FA |
| 12 | 2007 Toyota Prius 150,000 miles<br>   Orig. Description: 2007 Toyota Prius 150,000 miles | 6,000.00 | 0.00 | | 0.00 | FA |
| 13 | 1994 Chevrolet Z71 Pickup 270,000 miles<br>   Orig. Description: 1994 Chevrolet Z71 Pickup 270,000 miles | 750.00 | 0.00 | | 0.00 | FA |
| 14 | 1967 Chevrolet Camaro Car is inoperable. Debtor | 500.00 | 0.00 | | 0.00 | FA |

Printed: 07/09/2014 10:52 AM    V.13.15

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| Case Number: | 13-82014 | Trustee: | (330490) | MEGAN G. HEEG |
| Case Name: | LAMB, THEDFORD LEROY | Filed (f) or Converted (c): | 05/31/13 (f) | |
| | LAMB, SHEA ELIZABETH | §341(a) Meeting Date: | 07/12/13 | |
| Period Ending: | 07/09/14 | Claims Bar Date: | 11/07/13 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Orig. Description: 1967 Chevrolet Camaro Car is inoperable. Debtor purchased the car in 1986 to rebuild/restore but has not been able to do so. | | | | | |
| 15 | Enclosed Trailer - stored at Debtor's mother's h<br>Orig. Description: Enclosed Trailer - stored at Debtor's mother's home | 1,000.00 | 0.00 | | 0.00 | FA |
| 16 | Scuba Gear<br>Orig. Description: Scuba Gear | 500.00 | 0.00 | | 0.00 | FA |
| 17 | 1 dog<br>Orig. Description: 1 dog | 35.00 | 0.00 | | 0.00 | FA |
| 17 | Assets   Totals (Excluding unknown values) | $59,335.00 | $8,671.96 | | $15,000.00 | $0.00 |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR):    December 31, 2013    Current Projected Date Of Final Report (TFR):    July 8, 2014  (Actual)

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 13-82014 | | Trustee: | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| Case Name: | LAMB, THEDFORD LEROY | | Bank Name: | Rabobank, N.A. |
| | LAMB, SHEA ELIZABETH | | Account: | ******1566 - Checking Account |
| Taxpayer ID #: | **-***3714 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 07/09/14 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 02/27/14 | | HB Wilkinson | sale of 209 W. 13th Street, Rock Falls, IL | | | 8,671.96 | | 8,671.96 |
| | {1} | | | 15,000.00 | 1110-000 | | | 8,671.96 |
| | | | title fees (basic owners) | -52.50 | 2500-000 | | | 8,671.96 |
| | | | county transfer stamps | -7.50 | 2500-000 | | | 8,671.96 |
| | | | state transfer stamps | -15.00 | 2500-000 | | | 8,671.96 |
| | | | seller CPL | -50.00 | 2500-000 | | | 8,671.96 |
| | | | IL DFI policy fee | -3.00 | 2500-000 | | | 8,671.96 |
| | | | real estate commission<br>to Powell Realty | -450.00 | 3510-000 | | | 8,671.96 |
| | | | real estate commission<br>to Heartland | -450.00 | 3510-000 | | | 8,671.96 |
| | | | 2012 real estate taxes | -1,895.98 | 4700-000 | | | 8,671.96 |
| | | | 2011 sold taxes | -1,049.71 | 4700-000 | | | 8,671.96 |
| | | | 2013 real estate taxes | -1,843.85 | 2820-000 | | | 8,671.96 |
| | | | 2014 real estate taxes | -293.00 | 2820-000 | | | 8,671.96 |
| | | | search/exam | -75.00 | 2820-000 | | | 8,671.96 |
| | | | later date fee | -50.00 | 2820-000 | | | 8,671.96 |
| | | | Escrow closing fee | -92.50 | 2820-000 | | | 8,671.96 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 12.05 | 8,659.91 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 13.28 | 8,646.63 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 12.43 | 8,634.20 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 12.00 | 8,622.20 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 8,671.96 | 49.76 | $8,622.20 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| Subtotal | 8,671.96 | 49.76 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $8,671.96 | $49.76 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # ******1566 | 8,671.96 | 49.76 | 8,622.20 |
| | $8,671.96 | $49.76 | $8,622.20 |

{} Asset reference(s)    Printed: 07/09/2014 09:42 AM    V.13.15

# Claims Proposed Distribution

### Case:  13-82014    LAMB, THEDFORD LEROY

Report Includes ONLY Claims with a Proposed Distribution

**Case Balance:** $8,622.20  **Total Proposed Payment:** $8,622.20  **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | Carl C. Swanson, CPA | Admin Ch. 7 | 950.00 | 950.00 | 0.00 | 950.00 | 950.00 | 7,672.20 |
| | <3410-00   Accountant for Trustee Fees (Other Firm)> | | | | | | | |
| | Ehrmann Gehlbach Badger Lee & Considine, LLC | Admin Ch. 7 | 339.75 | 339.75 | 0.00 | 339.75 | 339.75 | 7,332.45 |
| | <3120-00   Attorney for Trustee Expenses (Trustee Firm)> | | | | | | | |
| | Ehrmann Gehlbach Badger Lee & Considine, LLC | Admin Ch. 7 | 3,500.00 | 3,500.00 | 0.00 | 3,500.00 | 3,500.00 | 3,832.45 |
| | <3110-00   Attorney for Trustee Fees (Trustee Firm)> | | | | | | | |
| | MEGAN G. HEEG | Admin Ch. 7 | 82.86 | 82.86 | 0.00 | 82.86 | 82.86 | 3,749.59 |
| | <2200-00   Trustee Expenses> | | | | | | | |
| | MEGAN G. HEEG | Admin Ch. 7 | 2,250.00 | 2,250.00 | 0.00 | 2,250.00 | 2,250.00 | 1,499.59 |
| | <2100-00   Trustee Compensation> | | | | | | | |
| 1U | Orange Lake Country Club | Unsecured | 1,814.01 | 1,814.01 | 0.00 | 1,814.01 | 642.76 | 856.83 |
| 2 | RRCA ACCOUNTS MANAGEMENT, INC. | Unsecured | 2,418.13 | 2,418.13 | 0.00 | 2,418.13 | 856.83 | 0.00 |
| | **Total for Case 13-82014 :** | | **$11,354.75** | **$11,354.75** | **$0.00** | **$11,354.75** | **$8,622.20** | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $7,122.61 | $7,122.61 | $0.00 | $7,122.61 | 100.000000% |
| **Total Unsecured Claims :** | $4,232.14 | $4,232.14 | $0.00 | $1,499.59 | 35.433374% |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-82014
Case Name: LAMB, THEDFORD LEROY
Trustee Name: MEGAN G. HEEG

**Balance on hand:** $ 8,622.20

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1S | Orange Lake Country Club | 8,928.33 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 8,622.20

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 2,250.00 | 0.00 | 2,250.00 |
| Trustee, Expenses - MEGAN G. HEEG | 82.86 | 0.00 | 82.86 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger Lee & Considine, LLC | 3,500.00 | 0.00 | 3,500.00 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger Lee & Considine, LLC | 339.75 | 0.00 | 339.75 |
| Accountant for Trustee, Fees - Carl C. Swanson, CPA | 950.00 | 0.00 | 950.00 |

Total to be paid for chapter 7 administration expenses: $ 7,122.61
Remaining balance: $ 1,499.59

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 1,499.59

**UST Form 101-7-TFR (05/1/2011)**

Case 13-82014   Doc 31   Filed 07/17/14   Entered 07/17/14 13:40:58   Desc Main
Document      Page 8 of 9

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $         0.00
Remaining balance:                       $     1,499.59

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,232.14 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 35.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Orange Lake Country Club | 1,814.01 | 0.00 | 642.76 |
| 2 | RRCA ACCOUNTS MANAGEMENT, INC | 2,418.13 | 0.00 | 856.83 |

Total to be paid for timely general unsecured claims:   $     1,499.59
Remaining balance:                                       $         0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $         0.00
Remaining balance:                                     $         0.00

**UST Form 101-7-TFR (05/1/2011)**

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

    Total to be paid for subordinated claims: $ 0.00
    Remaining balance: $ 0.00

UST Form 101-7-TFR (05/1/2011)