UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

| | |
|---|---|
| In re: LAMB, THEDFORD LEROY<br>LAMB, SHEA ELIZABETH<br><br>Debtor(s) | § Case No. 13-82014<br>§<br>§<br>§ |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MEGAN G. HEEG_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
U.S. Bankruptcy Court
Stanley J. Rozkowski U.S. Courthouse
327 S. Church Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 08/25/2014 in Courtroom 3100, United States Courthouse, 327 S. Church Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

UST Form 101-7-NFR (10/1/2010)

      Dated:  07/09/2014        By:  /s/MEGAN G. HEEG
                                                                  Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL  61021
(815) 288-4949
heeg@egblc.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### ROCKFORD DIVISION

| | | |
|---|---|---|
| In re: LAMB, THEDFORD LEROY | § | Case No. 13-82014 |
| LAMB, SHEA ELIZABETH | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 15,000.00 |
| *and approved disbursements of* | $ 6,377.80 |
| *leaving a balance on hand of* [1] | $ 8,622.20 |
| **Balance on hand:** | $ 8,622.20 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1S | Orange Lake Country Club | 8,928.33 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 8,622.20 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 2,250.00 | 0.00 | 2,250.00 |
| Trustee, Expenses - MEGAN G. HEEG | 82.86 | 0.00 | 82.86 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger Lee & Considine, LLC | 3,500.00 | 0.00 | 3,500.00 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger Lee & Considine, LLC | 339.75 | 0.00 | 339.75 |
| Accountant for Trustee, Fees - Carl C. Swanson, CPA | 950.00 | 0.00 | 950.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 7,122.61 |
| Remaining balance: | $ 1,499.59 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

      Total to be paid for prior chapter administrative expenses:   $     0.00
      Remaining balance:   $     1,499.59

  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

  Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

      Total to be paid for priority claims:   $     0.00
      Remaining balance:   $     1,499.59

  The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

  Timely claims of general (unsecured) creditors totaling $ 4,232.14 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 35.4 percent, plus interest (if applicable).

  Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Orange Lake Country Club | 1,814.01 | 0.00 | 642.76 |
| 2 | RRCA ACCOUNTS MANAGEMENT, INC | 2,418.13 | 0.00 | 856.83 |

      Total to be paid for timely general unsecured claims:   $     1,499.59
      Remaining balance:   $     0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/MEGAN G. HEEG
Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL  61021
(815) 288-4949
heeg@egblc.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                            United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                                  Case No. 13-82014-TML
Thedford Leroy Lamb                                                     Chapter 7
Shea Elizabeth Lamb
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cshabez              Page 1 of 1                  Date Rcvd: Jul 18, 2014
                              Form ID: pdf006            Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 20, 2014.
db/jdb       +Thedford Leroy Lamb,    Shea Elizabeth Lamb,    711 15th Avenue,    Rock Falls, IL 61071-1056
20556485     +Barclay's Bank Delaware,    125 South West Street,    Wilmington, DE 19801-5014
20556486     +Barclay's Bank Delaware,    P.O. Box 8803,    Wilmington, DE 19899-8803
20556487     +Christ Lutheran School,    2000 18th Ave,    Sterling, IL 61081-1660
20556488     +Community General Hospital,    100 E. LeFevre Rd.,    Sterling, IL 61081-1279
20556489     +Dependon Cpllection Agency,    PO BOX 4833,    Oak Brook, IL 60522-4833
20556491      MEDICAL BUSINESS BUREAU,    P.O. Box 1219,    Park Ridge, IL 60068-7219
20556492     +Northern Illinois Home Medical Supp,    2600 N. Locust Street,    Sterling, IL 61081-4602
20556494     +Quad Corp,   3536 Jersey Ridge Rd.,    Davenport, IA 52807-2223
20556495     +Quad Corporation,    2322 E. Kimberly Rd Ste 215W,    Davenport, IA 52807-7207
20556497     +RRCA ACCOUNTS MANAGEMENT, INC.,    201 E. 3rd St.,    Sterling, IL 61081-3611
20556496     +Rock Falls Sterling Clinic,    10 West 3rd Street,    Sterling, IL 61081-3503
20556498     #Saxon Mortgage Co.,    4708 Mercantile Dr.,    Fort Worth, TX 76137-3605
20556499     +Select Employees Credit Union,    PO Box 636,    Sterling, IL 61081-0636
20556500     +Silver Cross Hospital,    1300 Cooperfield Ave,    Joliet, IL 60432-2004
20556501     +State Collection Services,    P.O. Box 6250,    Madison, WI 53716-0250
20556502     +Vision Financial Service,    1900 Severs Rd,    La Porte, IN 46350-7855
20556503     +WHITESIDE COUNTY TREASURER,    200 East Knox,    Morrison, IL 61270-2819

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20556490     +E-mail/PDF: gecsedi@recoverycorp.com Jul 19 2014 00:46:22      GECRB/Old Navy,    PO BOX 965005,
               Orlando, FL 32896-5005
20556493     +E-mail/Text: bankruptcies@orangelake.com Jul 19 2014 00:40:42      Orange Lake Country Club,
               8505 W. Irlo Bronson Memorial Hwy,    Kissimmee, FL 34747-8201
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2014                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2014 at the address(es) listed below:
          Brian A Hart    on behalf of Debtor Thedford Leroy Lamb brian@rockfordbankruptcy.com,
           vanessa@rockfordbankruptcy.com;amy@rockfordbankruptcy.com
          Brian A Hart    on behalf of Joint Debtor Shea Elizabeth Lamb brian@rockfordbankruptcy.com,
           vanessa@rockfordbankruptcy.com;amy@rockfordbankruptcy.com
          Megan G Heeg    on behalf of Accountant Carl C. Swanson heeg@egblc.com, IL55@ecfcbis.com
          Megan G Heeg    heeg@egblc.com, IL55@ecfcbis.com
          Megan G Heeg    on behalf of Trustee Megan G Heeg heeg@egblc.com, IL55@ecfcbis.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                              TOTAL: 6
```