**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ROCKFORD DIVISION**

| | | |
|---|---|---|
| In re: LAMB, THEDFORD LEROY | § | Case No. 13-82014 |
| LAMB, SHEA ELIZABETH | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

MEGAN G. HEEG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $37,635.00 *(without deducting any secured claims)* | Assets Exempt: $27,635.00 |
| Total Distribution to Claimants: $4,445.28 | Claims Discharged Without Payment: $13,910.55 |
| Total Expenses of Administration: $10,554.72 | |

3) Total gross receipts of $ 15,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $15,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

| | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,500.00 | $11,874.02 | $2,945.69 | $2,945.69 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 10,554.72 | 10,554.72 | 10,554.72 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 37,197.00 | 4,232.14 | 4,232.14 | 1,499.59 |
| **TOTAL DISBURSEMENTS** | $38,697.00 | $26,660.88 | $17,732.55 | $15,000.00 |

4) This case was originally filed under Chapter 7 on May 31, 2013. The case was pending for 16 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/08/2014            By: /s/MEGAN G. HEEG
                                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 209 W 13th Street Rock Falls, IL 61071 | 1110-000 | 15,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$15,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1S | Orange Lake Country Club | 4110-000 | N/A | 8,928.33 | 0.00 | 0.00 |
| NOTFILED | WHITESIDE COUNTY TREASURER | 4110-000 | 1,500.00 | N/A | N/A | 0.00 |
| | HB Wilkinson | 4700-000 | N/A | 1,895.98 | 1,895.98 | 1,895.98 |
| | HB Wilkinson | 4700-000 | N/A | 1,049.71 | 1,049.71 | 1,049.71 |
| **TOTAL SECURED CLAIMS** | | | **$1,500.00** | **$11,874.02** | **$2,945.69** | **$2,945.69** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 2,250.00 | 2,250.00 | 2,250.00 |
| MEGAN G. HEEG | 2200-000 | N/A | 82.86 | 82.86 | 82.86 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3110-000 | N/A | 3,500.00 | 3,500.00 | 3,500.00 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3120-000 | N/A | 339.75 | 339.75 | 339.75 |
| Carl C. Swanson, CPA | 3410-000 | N/A | 950.00 | 950.00 | 950.00 |
| HB Wilkinson | 2500-000 | N/A | 52.50 | 52.50 | 52.50 |
| HB Wilkinson | 2500-000 | N/A | 7.50 | 7.50 | 7.50 |
| HB Wilkinson | 2500-000 | N/A | 15.00 | 15.00 | 15.00 |
| HB Wilkinson | 2500-000 | N/A | 50.00 | 50.00 | 50.00 |
| HB Wilkinson | 2500-000 | N/A | 3.00 | 3.00 | 3.00 |
| HB Wilkinson | 3510-000 | N/A | 450.00 | 450.00 | 450.00 |
| HB Wilkinson | 3510-000 | N/A | 450.00 | 450.00 | 450.00 |
| HB Wilkinson | 2820-000 | N/A | 1,843.85 | 1,843.85 | 1,843.85 |
| HB Wilkinson | 2820-000 | N/A | 293.00 | 293.00 | 293.00 |
| HB Wilkinson | 2820-000 | N/A | 75.00 | 75.00 | 75.00 |
| HB Wilkinson | 2820-000 | N/A | 50.00 | 50.00 | 50.00 |
| HB Wilkinson | 2820-000 | N/A | 92.50 | 92.50 | 92.50 |
| Rabobank, N.A. | 2600-000 | N/A | 12.05 | 12.05 | 12.05 |
| Rabobank, N.A. | 2600-000 | N/A | 13.28 | 13.28 | 13.28 |
| Rabobank, N.A. | 2600-000 | N/A | 12.43 | 12.43 | 12.43 |
| Rabobank, N.A. | 2600-000 | N/A | 12.00 | 12.00 | 12.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $10,554.72 | $10,554.72 | $10,554.72 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Orange Lake Country Club | 7100-000 | 19,919.00 | 1,814.01 | 1,814.01 | 642.76 |
| 2 | RRCA ACCOUNTS MANAGEMENT, INC. | 7100-000 | 6,100.00 | 2,418.13 | 2,418.13 | 856.83 |
| NOTFILED | Select Employees Credit Union | 7100-000 | 1,827.00 | N/A | N/A | 0.00 |
| NOTFILED | Saxon Mortgage Co. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | State Collection Services | 7100-000 | 336.00 | N/A | N/A | 0.00 |
| NOTFILED | Silver Cross Hospital | 7100-000 | 1.00 | N/A | N/A | 0.00 |
| NOTFILED | Rock Falls Sterling Clinic | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | Vision Financial Service | 7100-000 | 998.00 | N/A | N/A | 0.00 |
| NOTFILED | GECRB/Old Navy | 7100-000 | 150.00 | N/A | N/A | 0.00 |
| NOTFILED | Quad Corp | 7100-000 | 348.00 | N/A | N/A | 0.00 |
| NOTFILED | Barclay's Bank Delaware | 7100-000 | 4,821.00 | N/A | N/A | 0.00 |
| NOTFILED | Christ Lutheran School | 7100-000 | 550.00 | N/A | N/A | 0.00 |
| NOTFILED | Dependon Cpllection Agency | 7100-000 | 135.00 | N/A | N/A | 0.00 |
| NOTFILED | Community General Hospital | 7100-000 | 900.00 | N/A | N/A | 0.00 |
| NOTFILED | MEDICAL BUSINESS BUREAU | 7100-000 | 112.00 | N/A | N/A | 0.00 |
| NOTFILED | Northern Illinois Home Medical Supp | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $37,197.00 | $4,232.14 | $4,232.14 | $1,499.59 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 13-82014  
**Case Name:** LAMB, THEDFORD LEROY  
LAMB, SHEA ELIZABETH  
**Period Ending:** 10/08/14

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 05/31/13 (f)  
**§341(a) Meeting Date:** 07/12/13  
**Claims Bar Date:** 11/07/13

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 209 W 13th Street Rock Falls, IL 61071<br>Orig. Description: 209 W 13th Street Rock Falls, IL 61071 | 21,700.00 | 8,671.96 | | 15,000.00 | FA |
| 2 | Holiday Inn Clubs Timeshare, -Debtors pay for po<br>Orig. Description: Holiday Inn Clubs Timeshare, -Debtors pay for points at their locations of, Orange Lake, FL and Lake Geneva, WI | 10,000.00 | 0.00 | | 0.00 | FA |
| 3 | Checking account with Community State Bank<br>Orig. Description: Checking account with Community State Bank | 2,000.00 | 0.00 | | 0.00 | FA |
| 4 | Miscellaneous household goods & furnishings<br>Orig. Description: Miscellaneous household goods & furnishings | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | Clothing<br>Orig. Description: Clothing | 200.00 | 0.00 | | 0.00 | FA |
| 6 | Miscellaneous Jewelry/Wedding Ring<br>Orig. Description: Miscellaneous Jewelry/Wedding Ring | 750.00 | 0.00 | | 0.00 | FA |
| 7 | Sporting Equipment<br>Orig. Description: Sporting Equipment | 600.00 | 0.00 | | 0.00 | FA |
| 8 | TRS Vested Pension<br>Orig. Description: TRS Vested Pension | Unknown | 0.00 | | 0.00 | FA |
| 9 | IPERS Vested Pension<br>Orig. Description: IPERS Vested Pension | Unknown | 0.00 | | 0.00 | FA |
| 10 | 401k with Halo<br>Orig. Description: 401k with Halo | 10,000.00 | 0.00 | | 0.00 | FA |
| 11 | 401k at TriState Co<br>Orig. Description: 401k at TriState Co | 4,300.00 | 0.00 | | 0.00 | FA |
| 12 | 2007 Toyota Prius 150,000 miles<br>Orig. Description: 2007 Toyota Prius 150,000 miles | 6,000.00 | 0.00 | | 0.00 | FA |
| 13 | 1994 Chevrolet Z71 Pickup 270,000 miles<br>Orig. Description: 1994 Chevrolet Z71 Pickup 270,000 miles | 750.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-82014  
**Case Name:** LAMB, THEDFORD LEROY  
LAMB, SHEA ELIZABETH  
**Period Ending:** 10/08/14

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 05/31/13 (f)  
**§341(a) Meeting Date:** 07/12/13  
**Claims Bar Date:** 11/07/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 14 | 1967 Chevrolet Camaro Car is inoperable. Debtor<br>Orig. Description: 1967 Chevrolet Camaro Car is inoperable. Debtor purchased the car in 1986 to rebuild/restore but has not been able to do so. | 500.00 | 0.00 | | 0.00 | FA |
| 15 | Enclosed Trailer - stored at Debtor's mother's h<br>Orig. Description: Enclosed Trailer - stored at Debtor's mother's home | 1,000.00 | 0.00 | | 0.00 | FA |
| 16 | Scuba Gear<br>Orig. Description: Scuba Gear | 500.00 | 0.00 | | 0.00 | FA |
| 17 | 1 dog<br>Orig. Description: 1 dog | 35.00 | 0.00 | | 0.00 | FA |
| 17 | **Assets** Totals (Excluding unknown values) | **$59,335.00** | **$8,671.96** | | **$15,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2013     **Current Projected Date Of Final Report (TFR):**   July 8, 2014  (Actual)

Printed: 10/08/2014 11:16 AM    V.13.15

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 13-82014 | | Trustee: | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| Case Name: | LAMB, THEDFORD LEROY | | Bank Name: | Rabobank, N.A. |
| | LAMB, SHEA ELIZABETH | | Account: | ******1566 - Checking Account |
| Taxpayer ID #: | **-***3714 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 10/08/14 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/27/14 | | HB Wilkinson | sale of 209 W. 13th Street, Rock Falls, IL | | 8,671.96 | | 8,671.96 |
| | {1} | | 15,000.00 | 1110-000 | | | 8,671.96 |
| | | | title fees (basic owners)  -52.50 | 2500-000 | | | 8,671.96 |
| | | | county transfer stamps  -7.50 | 2500-000 | | | 8,671.96 |
| | | | state transfer stamps  -15.00 | 2500-000 | | | 8,671.96 |
| | | | seller CPL  -50.00 | 2500-000 | | | 8,671.96 |
| | | | IL DFI policy fee  -3.00 | 2500-000 | | | 8,671.96 |
| | | | real estate commission  -450.00<br>to Powell Realty | 3510-000 | | | 8,671.96 |
| | | | real estate commission  -450.00<br>to Heartland | 3510-000 | | | 8,671.96 |
| | | | 2012 real estate taxes  -1,895.98 | 4700-000 | | | 8,671.96 |
| | | | 2011 sold taxes  -1,049.71 | 4700-000 | | | 8,671.96 |
| | | | 2013 real estate taxes  -1,843.85 | 2820-000 | | | 8,671.96 |
| | | | 2014 real estate taxes  -293.00 | 2820-000 | | | 8,671.96 |
| | | | search/exam  -75.00 | 2820-000 | | | 8,671.96 |
| | | | later date fee  -50.00 | 2820-000 | | | 8,671.96 |
| | | | Escrow closing fee  -92.50 | 2820-000 | | | 8,671.96 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.05 | 8,659.91 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.28 | 8,646.63 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.43 | 8,634.20 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.00 | 8,622.20 |
| 08/26/14 | 101 | Carl C. Swanson, CPA | Dividend paid 100.00% on $950.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 950.00 | 7,672.20 |
| 08/26/14 | 102 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $3,500.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 3,500.00 | 4,172.20 |
| 08/26/14 | 103 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $339.75, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 339.75 | 3,832.45 |
| 08/26/14 | 104 | Orange Lake Country Club | Dividend paid 35.43% on $1,814.01; Claim# 1U; Filed: $1,814.01; Reference: | 7100-000 | | 642.76 | 3,189.69 |
| 08/26/14 | 105 | RRCA ACCOUNTS MANAGEMENT, INC. | Dividend paid 35.43% on $2,418.13; Claim# 2; Filed: $2,418.13; Reference: 2012 SC 1221 | 7100-000 | | 856.83 | 2,332.86 |
| 08/26/14 | 106 | MEGAN G. HEEG | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 2,332.86 | 0.00 |
| | | | Dividend paid 100.00%  2,250.00 | 2100-000 | | | 0.00 |

Subtotals :  $8,671.96  $8,671.96

{} Asset reference(s)   Printed: 10/08/2014 11:16 AM   V.13.15

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 13-82014  
**Case Name:** LAMB, THEDFORD LEROY  
LAMB, SHEA ELIZABETH  
**Taxpayer ID #:** **-***3714  
**Period Ending:** 10/08/14

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1566 - Checking Account  
**Blanket Bond:** $1,500,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | on $2,250.00;  Claim# ; Filed: $2,250.00 | | | | |
| | | | Dividend paid 100.00%          82.86 on $82.86;  Claim# ; Filed: $82.86 | 2200-000 | | | 0.00 |

|  |  |  |  |  |
|---|---|---|---|---|
| | **ACCOUNT TOTALS** | 8,671.96 | 8,671.96 | $0.00 |
| | Less: Bank Transfers | 0.00 | 0.00 | |
| | **Subtotal** | 8,671.96 | 8,671.96 | |
| | Less: Payments to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | **$8,671.96** | **$8,671.96** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******1566** | 8,671.96 | 8,671.96 | 0.00 |
| | **$8,671.96** | **$8,671.96** | **$0.00** |

{} Asset reference(s)                                                                                         Printed: 10/08/2014 11:16 AM    V.13.15